Dean M. Gloster (State Bar No. 109313)
Mark D. Petersen (State Bar No. 111956)
Kelly A. Woodruff (State Bar No. 160235)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
dgloster@fbm.com
mpetersen@fbm.com
kwoodruff@fbm.com

Attorneys for Appellant
SSC Farming, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>SK Foods, LP, a California limited partnership, *et al.*,<br>Debtors. | District Court Case No. 2:12-cv-00894-LKK<br>Bankruptcy Case No. 09-29162-D-11<br>Chapter 11 |
| SSC FARMS I, LLC, *et al..*,<br>Appellants,<br>v.<br>BRADLEY SHARP, *et al*,<br>Appellee. | Adversary Proceeding No. 09-02692<br>**ORDER DENYING SSC FARMING, LLC'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO STAY PENDING APPEAL**<br>[Fed. R. Bankr. Proc.8005]<br>*[Application to Shorten Time Pending]*<br>Date:  May 21, 2012<br>Time:  10:00 a.m.<br>Location:  Courtroom 4<br>  501 I Street, 15th Floor<br>  Sacramento, CA<br>Judge:  Hon. Lawrence K. Karlton |

**[PROPOSED] ORDER GRANTING SSC FARMING, LLC'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO STAY PENDING APPEAL**

-1-

27019\3031394.1

1  Having read and considered all papers filed in relation to SSC Farming, LLC ("SSC Farming")'s *Ex Parte* Application for Order Shortening Time on its Motion to Stay Pending Appeal, and in light of the court's order temporarily staying the order appealed from (see Civ. No. 2:12-775, Dkt. No. 11),

IT IS HEREBY ORDERED THAT SSC Farming's *Ex Parte* Application to Shorten Time is DENIED.

IT IS SO ORDERED.

Dated:  April 20, 2012

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

[PROPOSED] ORDER GRANTING
SSC FARMING, LLC'S *EX PARTE*
APPLICATION FOR ORDER
SHORTENING TIME ON MOTION
TO STAY PENDING APPEAL

-2-

27019\3031394.1