1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF CALIFORNIA

8

9
      In re:
10
      SK FOODS, L.P., a California
11    limited partnership,

12              Debtors.
      _____/
13    BRADLEY D. SHARP, et al.,

14              Plaintiffs,

15                   v.                              CIV. NO. S-11-1839 LKK

16    FRED SALYER IRREVOCABLE
      TRUST, et al.,
17
                Defendants.
18    _____/
      In re:
19
      SK FOODS, L.P., a California
20    limited partnership,

21              Debtors.
      _____/
22
      BRADLEY D. SHARP, et al.,
23
                Plaintiffs,
24
                     v.                              CIV. NO. S-11-1840 LKK
25
      SKF AVIATION, LLC, et al.,
26
                Defendants.
      _____/

1  In re:

2  SK FOODS, L.P., a California
   limited partnership,

3
            Debtors.

4  _____/
   BRADLEY D. SHARP, et al.,

5
            Plaintiffs,

6
                 v.                              CIV. NO. S-11-1841 LKK

7
   SCOTT SALYER, as trustee of

8  the Scott Salyer Revocable
   Trust, et al.,

9
            Defendants.

10 _____/
   In re:

11
   SK FOODS, L.P., a California

12 limited partnership,

13          Debtors.
   _____/

14 BRADLEY D. SHARP, et al.,

15          Plaintiffs,

16               v.                              CIV. NO. S-11-1842 LKK

17 SSC FARMS 1, LLC, et al.,

18          Defendants.
   _____/

19 In re:

20 SK FOODS, L.P., a California
   limited partnership,

21
            Debtors.

22 _____/
   BANK OF MONTREAL, as

23 Administrative Agent, successor
   by Assignment to Debtors SK Foods,

24 L.P. and RHM Industrial
   Specialty Foods, Inc, a

25 California corporation, d/b/a
   Colusa County Canning Co.,

26

                                     2

```
 1              Appellant,

 2                    v.                        CIV. NO. S-11-1845 LKK

 3   SCOTT SALYER, et al.,

 4              Appellees.
     _____/
 5   In re:

 6   SK FOODS, L.P., a California
     limited partnership,
 7
                Debtors.
 8   _____/
     BANK OF MONTREAL, as
 9   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
10   L.P. and RHM Industrial
     Specialty Foods, Inc, a
11   California corporation, d/b/a
     Colusa County Canning Co.,
12
                Appellant,
13
                      v.                        CIV. NO. S-11-1846 LKK
14
     INTERNAL REVENUE SERVICE, et al.,
15
                Appellees.
16   _____/
     In re:
17
     SK FOODS, L.P., a California
18   limited partnership, et al.,

19              Debtors.

20   BANK OF MONTREAL, as
     Administrative Agent, successor
21   by Assignment to Debtors SK Foods,
     L.P. and RHM Industrial
22   Specialty Foods, Inc, a
     California corporation, d/b/a
23   Colusa County Canning Co.,                  CIV. NO. S-11-1847 LKK

24              Appellant,

25                    v.

26   CSSS, L.P.,
```

1            Appellee.
   _____/
2  In re:

3  SK FOODS, L.P., a California
   limited partnership, et al.,
4
             Debtors.
5
   BANK OF MONTREAL, as
6  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
7  L.P. and RHM Industrial
   Specialty Foods, Inc, a
8  California corporation, d/b/a
   Colusa County Canning Co.,                CIV. NO. S-11-1849 LKK
9
             Appellant,
10
                  v.
11
   CALIFORNIA FRANCHISE TAX
12 BOARD, et al.,

13           Appellees.
   _____/
14 In re:

15 SK FOODS, L.P., a California
   limited partnership, et al.,
16
             Debtors.
17
   BANK OF MONTREAL, as
18 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
19 L.P. and RHM Industrial
   Specialty Foods, Inc, a
20 California corporation, d/b/a
   Colusa County Canning Co.,                CIV. NO. S-11-1850 LKK
21
             Appellant,
22
                  v.
23
   CALIFORNIA FRANCHISE TAX
24 BOARD, et al.,

25           Appellees.
   _____/
26

                              4

1  In re:

2  SK FOODS, L.P., a California
   limited partnership, et al.,

3
              Debtors.

4
   BANK OF MONTREAL, as
5  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
6  L.P. and RHM Industrial
   Specialty Foods, Inc, a
7  California corporation, d/b/a
   Colusa County Canning Co.,                    CIV. NO. S-11-1853 LKK

8
              Appellant,

9
                   v.

10
   CARY SCOTT COLLINS, et al.,

11
              Appellees.

12 _____/
   In re:

13
   SK FOODS, L.P., a California
14 limited partnership, et al.,

15            Debtors.

16 BANK OF MONTREAL, as
   Administrative Agent, successor
17 by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
18 Specialty Foods, Inc, a
   California corporation, d/b/a
19 Colusa County Canning Co.,                    CIV. NO. S-11-1855 LKK

20            Appellant,

21                 v.

22 CARY SCOTT COLLINS, et al.,

23            Appellees.
   _____/

24

25 ////

26 ////

                                 5

```
1   IN RE:

2   SK FOOD, L.P.,

3              Debtor.

4   BRADLEY D. SHARP, Chapter 11
    Trustee,
5
               Plaintiff,                    CIV NO. S-12-775 LKK
6
                    v.
7
    SSC FARMS 1, LLC, et al.,
8
               Defendants.
9   _____/
    IN RE:
10
    SK FOODS, L.P.,
11
               Debtor.
12
    SCOTT SALYER, et al.,                    CIV. NO. S-11-2987 LKK
13
               Appellants,
14
                    v.
15
    SK FOODS, L.P., et al.,
16
               Appellees.
17  _____/
    IN RE:
18
    SK FOODS, L.P., a California
19  limited partnership,

20             Debtor.

21  CARY COLLINS and COLLINS &
    ASSOCIATES,
22
               Appellants,                   CIV. NO. S-12-0655 LKK
23
                    v.
24
    BRADLEY D. SHARP, Chapter 11
25  Trustee,
               Appellee.
26  _____/
```

```
 1   IN RE:

 2   SK FOODS, L.P., a California
     limited partnership, et al.,
 3
               Debtors.
 4
     SSC FARMS 1, LLC, et al.,
 5
               Appellants,                    CIV. NO. S-12-0894 LKK
 6
                    v.
 7
     BRADLEY SHARP, et al.,                        O R D E R
 8
               Appellees.
 9   _____/

10       The court hereby orders as follows:

11       1.   The following motions, currently scheduled for May 21,

12   2012, are hereby RE-SCHEDULED for June 4, 2012 at 10:00 a.m. in

13   Courtroom 4:

14            Civ. No. 2:12-894[1]
              Civ. No. 2:11-2987[2]
15
     The May 21, 2012 hearing date is hereby VACATED.
16
         2.   The following matters will also be heard on June 4, 2012
17
     (as currently scheduled):[3]
18
              Civ. No. 2:11-1839
19            Civ. No. 2:11-1840
              Civ. No. 2:11-1841
20            Civ. No. 2:11-1842
              Civ. No. 2:11-1845
21
22       [1] Motions by SSC Farming relating to Order Compelling
     Production from Collins and Collins & Associates; Farella Braun +
23   Martel LLP's motion to withdraw as counsel.

24       [2] Trustee's appeal of order approving compromise; Farella
     Braun + Martel LLP's motion to withdraw as counsel.
25
         [3] Trustee's appeals of orders staying proceedings, and motions
26   to strike.
```

7

Civ. No. 2:11-1846
Civ. No. 2:11-1847
Civ. No. 2:11-1849
Civ. No. 2:11-1850
Civ. No. 2:11-1853
Civ. No. 2:11-1855

3.   The following motion will also be heard on June 4, 2012 (as currently scheduled):

Civ. No. 2:12-775[4]


IT IS SO ORDERED.

DATED:   May 15, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[4] Motions by Collins and Collins and Associates, relating to Order Compelling Production from Collins and Collins & Associates.