```
 1
 2
 3
 4
 5
 6
 7                     UNITED STATES DISTRICT COURT
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
11          Plaintiff,
12             v.                         CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14          Defendant.
                                       /
15  IN RE:
16  SK FOODS, L.P.,
17          Debtor.
18  BRADLEY D. SHARP,                     CIV. NO. S-10-810 LKK
19          Plaintiff,
20             v.
21  SCOTT SALYER, et al.,
22          Defendants.
                                       /
23
24  ////
25  ////
26  ////
```

```
 1  IN RE:

 2  SK FOODS, L.P.,

 3          Debtor.

 4  BRADLEY D. SHARP,                           CIV. NO. S-10-811 LKK

 5          Plaintiff,

 6              v.

 7  SKF AVIATION, LLC, et al.,

 8          Defendants.
    _____/
 9  IN RE:

10  SK FOODS, L.P.,

11          Debtor.

12  BRADLEY D. SHARP,                           CIV. NO. S-10-812 LKK

13          Plaintiff,

14              v.

15  SSC FARMS 1, LLC, et al.,

16          Defendants.
    _____/
17  IN RE:

18  SK FOODS, L.P.,

19          Debtor.

20  ROBERT PRUETT,                              CIV NO. S-12-669 LKK

21          Appellant,

22              v.

23  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
24
            Appellee.
25  _____/

26  ////
```

2

```
 1  IN RE:
 2  SK FOOD, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BRADLEY D. SHARP, Chapter 11
 5  Trustee,
 6            Appellant,                      CIV NO. S-12-775 LKK
 7                v.
 8  SSC FARMS 1, LLC, et al.,
 9            Appellees.
    _____/
10  IN RE:
11  SK FOODS, L.P., a California
    limited partnership,
12
              Debtor.
13
    CARY COLLINS and COLLINS &
14  ASSOCIATES,
15            Appellants,                     CIV. NO. S-12-0655 LKK
16                v.
17  BRADLEY D. SHARP, Chapter 11
    Trustee,
18            Appellee.
    _____/
19  IN RE:
20  SK FOODS, L.P., a California
    limited partnership, et al.,
21
              Debtors.
22
    SSC FARMS 1, LLC, et al.,
23
              Appellants,                     CIV. NO. S-12-0894 LKK
24
                  v.
25
    BRADLEY SHARP, et al.,
26
```

```
 1            Appellees.
   _____/
 2  IN RE:

 3  SK FOODS, L.P.,

 4            Debtor.

 5  BRADLEY D. SHARP, Chapter 11
    Trustee,
 6
              Plaintiff,                    CIV. NO. S-12-923 LKK
 7
                  v.
 8
    SSC FARMS 1, LLC, et al.,
 9
              Defendants.
10  _____/
    IN RE:
11
    SK FOODS, LP, a California
12  limited partnership, et al.,

13            Debtors.

14  BRADLEY D. SHARP, Chapter 11
    Trustee,
15
              Plaintiff,                    CIV. NO. S-11-2369 LKK
16
                  v.
17
    SKPM CORP., et al.,
18            Defendants.
    _____/
19  IN RE:

20  SK FOODS, LP, a California
    limited partnership,
21
              Debtor.
22
    FAST FALCON, LLC,
23
              Appellant,                    CIV. NO. S-12-1311 JAM
24
                  v.
25
    BRADLEY D. SHARP, Chapter 11
26  Trustee,
```

4

|   |   |   |
|---|---|---|
| 1 | Appellee. | RELATED CASE ORDER |
| 2 | _____/ | |

3   The court is in receipt of a notice that <u>Fast Falcon, LLC v.
4 Sharp (In re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1311-JAM, is related
5 to Civ. Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK, 2:10-cv-812-LKK,
6 2:12-cv-655-LKK, 2:12-cv-669-LKK, 2:12-cv-775-LKK, 2:12-cv-894-LKK
7 and 2:12-cv-923-LKK.  Examination of these cases, as well Civ. No.
8 2:11-cv-2369-LKK, shows that they are related.  Pursuant to E.D.
9 Cal. R. 123(c), related cases are re-assigned to the judge with the
10 lower numbered case.

11   Accordingly the court ORDERS as follows:

12   1.   The case denominated Civ. No. 2:12-cv-1311-JAM is
13 REASSIGNED to Senior Judge Lawrence K. Karlton for all further
14 proceedings.  Henceforth, the caption on documents filed in the
15 reassigned case shall be shown as Civ. No. 2:12-cv-1311-LKK.

16   2.   The Clerk of the Court make shall appropriate adjustment
17 in the assignment of civil cases to compensate for this
18 reassignment.

19   IT IS SO ORDERED.

20   DATED: June 4, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT