UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,

        Plaintiff,

           v.                         CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

        Defendant.
_____/
IN RE:

SK FOOD, L.P.,

        Debtor.

BRADLEY D. SHARP, Chapter 11
Trustee,
        Plaintiff,                    CIV NO. S-12-775 LKK

           v.

SSC FARMS 1, LLC, et al.,

        Defendants.
_____/
```

////

////

////

```
 1  IN RE:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
               Debtors.
 4
    SSC FARMS 1, LLC, et al.,
 5
               Appellants,                CIV. NO. S-12-0894 LKK
 6
                  v.
 7
    BRADLEY SHARP, et al.,
 8
               Appellees.
 9  _____/

10  IN RE:

11  SK FOODS, L.P.,

12             Debtor.

13  BRADLEY D. SHARP, Chapter 11
    Trustee,
14
               Plaintiff,                 CIV. NO. S-12-923 LKK
15
                  v.
16
    SSC FARMS 1, LLC, et al.,
17
               Defendants.
18  _____/
    IN RE:
19
    SK FOODS, L.P., a California
20  Limited Partnership,

21             Debtor.

22  CARY COLLINS and COLLINS &
    ASSOCIATES,
23
               Appellants,                CIV. NO. S-12-1464 JAM
24
                  v.
25
    BRADLEY D. SHARP, CHAPTER 11          RELATED CASE ORDER
26  TRUSTEE,
```

1       Appellee.
2 _____/

3     The court is in receipt of a notice that <u>Collins v. Sharp (In re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1464-JAM, is related to Civ. Nos. 2:12-cv-775-LKK, 2:12-cv-894-LKK and 2:12-cv-923-LKK. Examination of the cases shows that they are related. Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

9     Accordingly the court ORDERS as follows:

10     1. The case denominated Civ. No. 2:12-cv-1464-JAM is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-1464-LKK.

14     2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

17     IT IS SO ORDERED.

18     DATED: June 12, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT