```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

          Plaintiff,

             v.                       CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

          Defendant.
_____/
IN RE:

SK FOOD, L.P.,

          Debtor.

BRADLEY D. SHARP, Chapter 11
Trustee,
          Plaintiff,                  CIV NO. S-12-775 LKK

             v.

SSC FARMS 1, LLC, et al.,

          Defendants.
_____/

////

////

////
```

```
 1  IN RE:
 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
             Debtors.
 4
    SSC FARMS 1, LLC, et al.,
 5
             Appellants,                    CIV. NO. S-12-0894 LKK
 6
                  v.
 7
    BRADLEY SHARP, et al.,
 8
             Appellees.
 9  _____/

10  IN RE:

11  SK FOODS, L.P.,

12           Debtor.

13  BRADLEY D. SHARP, Chapter 11
    Trustee,
14
             Plaintiff,                     CIV. NO. S-12-923 LKK
15
                  v.
16
    SSC FARMS 1, LLC, et al.,
17
             Defendants.
18  _____/
    IN RE:
19
    SK FOODS, L.P., a California
20  Limited Partnership,

21           Debtor.

22  CARY COLLINS and COLLINS &
    ASSOCIATES,
23
             Appellants,                    CIV. NO. S-12-1464 JAM
24
                  v.
25
    BRADLEY D. SHARP, CHAPTER 11            RELATED CASE ORDER
26  TRUSTEE,
```

1         Appellee.
2  _____/

3       The court is in receipt of a notice that <u>Collins v. Sharp (In
4  re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1464-JAM, is related to Civ.
5  Nos. 2:12-cv-775-LKK, 2:12-cv-894-LKK and 2:12-cv-923-LKK.
6  Examination of the cases shows that they are related.  Pursuant to
7  E.D. Cal. R. 123(c), related cases are re-assigned to the judge
8  with the lower numbered case.
9       Accordingly the court ORDERS as follows:
10      1.   The case denominated Civ. No. 2:12-cv-1464-JAM is
11 REASSIGNED to Senior Judge Lawrence K. Karlton for all further
12 proceedings.  Henceforth, the caption on documents filed in the
13 reassigned case shall be shown as Civ. No. 2:12-cv-1464-LKK.
14      2.   The Clerk of the Court make shall appropriate adjustment
15 in the assignment of civil cases to compensate for this
16 reassignment.
17      IT IS SO ORDERED.
18      DATED: June 12, 2012.

                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

3