Gregory C. Nuti (CSBN 151754)
  gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
  kcoleman@schnader.com
Michael M. Carlson (CSBN 88048)
  mcarlson@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Appellee Bradley D. Sharp,
Chapter 11 Trustee

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SK FOODS, L.P., a California Limited Partnership,<br><br>    DEBTOR.<br><br>SSC FARMING, LLC,<br><br>        Appellant,<br><br>    vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE<br><br>        Appellee. | District Court Case Number<br>2:12-CV-00894-LKK<br><br>Bankruptcy Court Case Number<br>09-29162<br><br>Adversary Proceeding Number<br>09-02692<br><br>**ORDER**<br><br>Date:   September 4, 2012<br>Time:   10:00 a.m.<br>Place:  501 I Street, Courtroom 4<br>            Sacramento, CA<br>Judge: Hon. Lawrence K. Karlton |

MEMORANDUM OF POINTS AND AUTHORITIES ISO MOTION TO DISMISS

PHDATA 3883965_1

1    The Trustee has moved to dismiss this appeal, and appellant has filed no opposition. The court finds that appellant SSC Farming has violated Federal Rule of Bankruptcy Procedure 8009 along with this Court's briefing order by failing to file its opening brief within the prescribed time or request an extension. SSC Farming's counsel has withdrawn and no new counsel has entered an appearance. The court concludes that SSC Farming has abandoned its appeal. That being the case, the Trustee's motion to dismiss (Dkt. No. 30), is **GRANTED**, and this appeal is hereby **DISMISSED** for lack of prosecution.

IT IS SO ORDERED.

DATED: August 27, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

1
MEMORANDUM OF POINTS AND AUTHORITIES ISO MOTION TO DISMISS    PHDATA 3883965_1